IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ALEC L., et al,

           Plaintiffs,

v.

LISA P. JACKSON, et al.,

           Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 4:11-cv-02203 EMC

**JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**
SO ORDERED AS MODIFIED
Date: Nov. 21, 2011
Time: 2 p.m.
Place: Courtroom 5, 17th floor

Plaintiffs and Defendants hereby jointly stipulate to the following briefing schedule in connection with Plaintiffs' Motion for Preliminary Injunction [Doc. 24], filed on September 28, 2011 and calendared for hearing on November 21, 2011: Defendants' Opposition shall be due October 31, 2011; and Plaintiffs' Reply shall be due November 14, 2011. The Motion Hearing is rescheduled for 11/28/2011 at 2:30 p.m.

Respectfully submitted October 12, 2011

s/ Julia A. Olson
JULIA A. OLSON
Wild Earth Advocates
2985 Adams St.
Eugene, OR 97405
jaoearth@aol.com
Tel: (541) 344-7066
*Attorney for Plaintiffs*

IGNACIA S. MORENO
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
s/ *Martin F. McDermott*
MARTIN F. MCDERMOTT, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Martin.mcdermott@usdoj.gov
Tel: (202) 514-4122
*Attorney for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _10/13/2011_____

UNITED STATES DISTRICT JUDGE
Judge Edward M. Chen